07 CIV 9443

155-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
SEA CONSORTIUM PTE. LTD.
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SEA CONSORTIUM PTE. LTD.,

                              Plaintiff,

          -against-


HRC SHIPPING LTD.,
                              Defendants.
-------------------------------------------------------------x

07 CIV.                    (          )

RULE 7.1 STATEMENT

            SEA CONSORTIUM PTE. LTD., by and through its undersigned attorneys

Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil

Procedure, certifies that it is a private (non-governmental) party, has no corporate

parents, and that no publicly-held corporation owns 10% or more of the stock of the

company.

Dated: New York, New York
       October 23, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              SEA CONSORTIUM PTE. LTD.


          By:    _____
                              Michael E. Unger (MU 0045)
                              Lawrence J. Kahn (LK 5215)
                              80 Pine Street
                              New York, NY 10005
                              Telephone: (212) 425-1900
                              Facsimile: (212) 425-1901

NYDOCS1/292337.1